SVK

**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| David Sorey, | No. CV 05-3369-PHX-DGC (VAM) |
| Plaintiff, | **ORDER** |
| vs. | |
| Joseph Arpaio, et al., | |
| Defendants. | |

Plaintiff has filed an Amended Complaint and Application to Proceed *In Forma Pauperis* and a Second Amended Complaint in this closed case. The Court will order the Clerk to strike both documents.

**I. Background**

Plaintiff David Sorey, confined in the Arizona State Prison Complex - Douglas, filed a *pro se* civil rights Complaint pursuant to 42 U.S.C. § 1983 on October 24, 2005. By Order dated November 17, 2005, the Court denied Plaintiff's Application to Proceed *In Forma Pauperis* because it was incomplete and gave Plaintiff 30 days to pay the statutory filing fee or file a new Application to Proceed *In Forma Pauperis*. (Doc. # 3.) On February 16, 2006, the Clerk of Court entered a Judgment stating that because Plaintiff failed to comply with the Court's Order, the action was dismissed without prejudice. (Doc. # 4.)

On February 22, 2006, Plaintiff filed an Amended Complaint and Application to Proceed

- 1 -

*In Forma Pauperis* (Doc. #5), and on May 17, 2006 he filed a Second Amended Complaint (Doc. # 6).

## II. First Amended Complaint and Application to Proceed *In Forma Pauperis* and Second Amended Complaint

When Plaintiff filed the First Amended Complaint and Application to Proceed *In Forma Pauperis* (Doc. # 5) on February 22, 2006 and his Second Amended Complaint (Doc. # 6) on May 17, 2006, a judgment had already been entered in this case, and the case had been closed. Plaintiff's new Application to Proceed *In Forma Pauperis* should have been filed by December 17, 2006. Plaintiff requested no extensions of time for filing a new Application to Proceed *In Forma Pauperis*. It was not until February 16, 2006, that the Clerk entered the judgment of dismissal. In all, Plaintiff waited nearly three months to file his new Application to Proceed *In Forma Pauperis* and did so after the Clerk of Court entered a judgment of dismissal in this case. Accordingly, the Clerk of Court will be ordered to strike Plaintiff's First Amended Complaint and Application to Proceed *In Forma Pauperis* and Second Amended Complaint from the record of this case.

Plaintiff must not file any further documents in this closed case. If Plaintiff wishes to pursue his claims, he must file a new action.

**IT IS ORDERED:**

(1) The Clerk of Court **must strike** Plaintiff's First Amended Complaint and Application to Proceed *In Forma Pauperis* (Doc. # 5) and his Second Amended Complaint (Doc. # 6) from the record of this case.

(2) Plaintiff **must not file** any further documents in this closed case.

DATED this 19th day of July, 2006.

_____
David G. Campbell
United States District Judge